# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156189(75)


PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TRAVIS TRAVON SAMMONS,
       Defendant-Appellant.

_____/

SC: 156189
COA: 332190
Saginaw CC: 15-041848-FC


On order of the Chief Justice, the motion of Kenneth Wyniemko and the Innocence Project to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 24, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2020



Clerk